THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNY BAILEY, Defendant-Appellant.

(No. 73-188;

Second District—December 18, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

William N. Twohey, of Ottawa, for appellant.

Patrick Ward, State's Attorney, of Dixon, and James W. Jerz and Charles D. Sheehy, both of Illinois State's Attorney Ass'n, of Elgin, for the People.